| Attorney or Party without Attorney:<br>Yitzchak Kopel, Esq.<br>BURSOR & FISHER, P.A.<br>888 Seventh Ave<br>New York, NY 10019<br>  Telephone No: 646.837.7150<br>  Attorney For: Plaintiff | Ref. No. or File No.: | For Court Use Only |
|---|---|---|

| Insert name of Court, and Judicial District and Branch Court:<br>USDC-Southern District of New York |
|---|
| Plaintiff: OSCAR BROWN, individually and on behalf of all others similarly situated<br>Defendant: WESTERN DIGITAL CORPORATION |

| PROOF OF SERVICE | Hearing Date: | Time: | Dept/Div: | Case Number:<br>1:20-cv-04624-AT |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the Summons in a Civil Action, Class Action Complaint, Intial Pretrial Conference Order, Order Re: COVID-19, Civil Cover Sheet

3. a. Party served:     Western Digital Corporation
   b. Person served:   Lynanne Gares, Litigation Management/Service Leader, Corporation Service Company, Registered Agent  served under F.R.C.P. Rule 4.

4. Address where the party was served:   251 Little Falls Dr, Wilmington, DE 19808

5. I served the party:
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive process for the party (1) on: Mon, Jun 22 2020 (2) at: 12:55 PM

6. **Person Who Served Papers:**
   a. John Garber                                                              **d.** *The Fee for Service was:*
   b. **FIRST LEGAL**
      3600 Lime St., Ste. 626
      RIVERSIDE, CA 92501
   c. (951) 779-1110

7. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

06/23/2020
(Date)                                                                (Signature)



PROOF OF SERVICE

4625364
(330769)