UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| OSCAR BROWN, individually and on behalf of all others similarly situated,<br><br>                    Plaintiff,<br><br>     v.<br><br>WESTERN DIGITAL CORPORATION,<br><br>                    Defendant. | Case No.:  1:20-cv-04624-AT<br><br>**NOTICE OF APPEARANCE** |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that the undersigned attorney, of the law offices of BURSOR & FISHER, P.A., is admitted to practice in this Court and hereby files this Notice of Appearance in the above-referenced action as counsel for Plaintiff Oscar Brown.

Dated:  June 23, 2020

                                                      **BURSOR & FISHER, P.A.**

                                                      By:     */s/ Max S. Roberts*
                                                      Max S. Roberts
                                                      888 Seventh Avenue, Third Floor
                                                      New York, NY 10019
                                                      Telephone: (646) 837-7150
                                                      Facsimile:  (212) 989-9163
                                                      E-Mail:   mroberts@bursor.com

                                                      *Attorneys for Plaintiff*