UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| OSCAR BROWN, individually and on behalf of all others similarly situated,<br><br>        Plaintiff,<br><br>  v.<br><br>WESTERN DIGITAL CORPORATION,<br><br>        Defendant. | Case No.: 1:20-cv-04624-AT<br><br>NOTICE OF APPEARANCE |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that the undersigned attorney, of the law offices of BURSOR & FISHER, P.A., is admitted to practice in this Court and hereby files this Notice of Appearance in the above-referenced action as counsel for Plaintiff Oscar Brown.

Dated: June 23, 2020

                **BURSOR & FISHER, P.A.**

                By:  */s/ Alec M. Leslie*
                Alec M. Leslie
                888 Seventh Avenue, Third Floor
                New York, NY 10019
                Telephone: (646) 837-7150
                Facsimile:  (212) 989-9163
                E-Mail:   aleslie@bursor.com

                *Attorneys for Plaintiff*