UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| OSCAR BROWN, individually and on behalf of all others similarly situated,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>WESTERN DIGITAL CORPORATION,<br><br>　　　　　　Defendant. | Case No.: 1:20-cv-04624-AT |

## NOTICE OF APPEARANCE

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

　　Please enter my appearance as counsel in this case for defendant Western Digital Corporation.

　　I certify that I am admitted to practice before this Court.

Dated:  July 2, 2020                    Respectfully submitted,

　　　　　　　　　　　　　　　　　　　WILSON SONSINI GOODRICH & ROSATI
　　　　　　　　　　　　　　　　　　　Professional Corporation

　　　　　　　　　　　　　　　　　　　*s/ Tonia Ouellette Klausner*
　　　　　　　　　　　　　　　　　　　Tonia Ouellette Klausner
　　　　　　　　　　　　　　　　　　　1301 Avenue of the Americas, 40th Floor
　　　　　　　　　　　　　　　　　　　New York, New York 10019
　　　　　　　　　　　　　　　　　　　Telephone: (212) 497-7706
　　　　　　　　　　　　　　　　　　　Facsimile: (212) 999-5899
　　　　　　　　　　　　　　　　　　　Email: tklausner@wsgr.com

　　　　　　　　　　　　　　　　　　　*Counsel for Defendant Western Digital Corporation*