USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/2/2020

**WILSON SONSINI**

O: 212.999.5800
F: 212.999.5899

July 2, 2020

<u>**Via CM/ECF**</u>

The Honorable Analisa Torres
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

      Re:    **Letter Motion for Extension of Time to Respond to Complaint**
              *Oscar Brown v. Western Digital Corporation*, No. 1:20-cv-04624-AT

Dear Judge Torres:

      This firm represents Defendant Western Digital Corporation in the above-captioned action. Pursuant to Section I(C) of Your Honor's Individual Rules of Practice in Civil Cases, we respectfully submit this letter with the consent of Plaintiff's counsel to request an extension of Defendant's time to respond to the Complaint to August 12, 2020. The current deadline for Defendant's response is July 13, 2020. Defendant seeks the requested extension so that it has sufficient time to evaluate the claims asserted and investigate the underlying facts prior to responding to the Complaint or following Section III(B) of Your Honor's Individual Rules of Practice in Civil Cases if warranted.

      Defendant has not made any prior requests for an extension in this case. The parties' next scheduled appearance before the Court is for an initial pretrial conference on August 19, 2020.

      As indicated above, counsel for Plaintiff consents to this request on behalf of their client.

                                            Respectfully submitted,

                                            WILSON SONSINI GOODRICH & ROSATI
                                            Professional Corporation

                                            <u>*s/ Tonia Ouellette Klausner*</u>
                                            Tonia Ouellette Klausner

                                            *Counsel for Defendant Western Digital Corporation*

---

**GRANTED.** By **August 12, 2020**, Defendant shall answer or otherwise respond to the complaint.

**SO ORDERED.**

Dated: July 2, 2020
       New York, New York

                                            _____
                                            ANALISA TORRES
                                            United States District Judge