# BURSOR & FISHER
P.A.

**888 SEVENTH AVENUE**
**NEW YORK, NY 10019**
**www.bursor.com**

YITZCHAK KOPEL
Tel: **646.837.7127**
Fax: **212.989.9163**
ykopel@bursor.com

August 11, 2020

*Via ECF*
The Honorable Analisa Torres
United States District Court
Southern District of New York
500 Pearl Street, Courtroom 15D
New York, New York 10007

Re: **Joint Letter Declining Magistrate Judge Jurisdiction Pursuant to 28 U.S.C. § 636(c)**
*Brown v. Western Digital Corporation*, **Case No. 1:20-cv-04624-AT**

Dear Judge Torres,

    I represent Plaintiff Oscar Brown in the above referenced matter, and submit this letter jointly with Defendant Western Digital Corporation's counsel. Pursuant to this Court's June 22, 2020 Order, ECF No. 7, the Parties have discussed whether they wish to conduct all further proceedings before a Magistrate Judge pursuant to 28 U.S.C. § 636(c). The Parties decline to conduct all further proceedings before a Magistrate Judge.

Respectfully submitted,

*Y. Kopel*

Yitzchak Kopel

CC:    All counsel of record (via ECF)