UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
OSCAR BROWN, Individually and on behalf of all
other persons similarly situated,

                        Plaintiff,        Case No. 20-cv-04624 (AT)

    - against -

                                   **NOTICE OF APPEARANCE**

WESTERN DIGITAL CORPORATION,

                        Defendant.
------------------------------------------------------------------X

        **PLEASE TAKE NOTICE,** that Peter T. Shapiro, Esq. of Lewis Brisbois Bisgaard & Smith LLP hereby appears as attorney for the defendant Western Digital Corporation, and requests that all papers be served upon him and all communications herein be directed to him.

Dated: New York, New York
         September 3, 2020

                                   **LEWIS BRISBOIS BISGAARD & SMITH LLP**

                            BY:     /s/ Peter T. Shapiro
                                   Peter T. Shapiro
                                   *Attorneys for Defendant*
                                   77 Water Street, Suite 2100
                                   New York, NY  10005
                                   (212) 232-1300
                                   Peter.Shapiro@lewisbrisbois.com

## **CERTIFICATE OF SERVICE**

Peter T. Shapiro, an attorney duly admitted to practice before this Court, certifies that on September 3, 2020 he caused his Notice of Appearance to be filed and served by ECF.

/s/ Peter T. Shapiro
Peter T. Shapiro
