UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
OSCAR BROWN, Individually and on behalf of all others simiarly situated,

                Plaintiff,

  - against -

WESTERN DIGITAL CORPORATION,

                Defendant.
------------------------------------------------------------X

Case No. 20-cv-04624 (AT)

**STIPULATION AND ORDER OF SUBSTITUTION OF COUNSEL FOR DEFENDANT**

IT IS HEREBY STIPULATED AND AGREED, by and between the undersiged counsel, pursuant to Local Rule 1.4, that Lewis Brisbois Bisgaard & Smith LLP shall be substituted in the place and stead of Wilson Sonsini Goodrich & Rosati as counsel of record for defendant Western Digital Corporation in the above-captioned matter.

Defendant enters into this substitution of counsel knowingly and voluntarily.

WILSON SONSINI GOODRICH & ROSATI     LEWIS BRISBOIS BISGAARD & SMITH LLP

By: _/s/ Tonia O. Klausner_____
Tonia Ouellette Klausner
1301 Avenue of the Americas, 40th Floor
New York, New York 10019
(212) 999-5800
tklausner@wsgr.com

*Outgoing Counsel for Defendant*

Dated:  September 2, 2020

By: _/s/ Peter T. Shapiro_____
    DocuSigned by: 076C0B28FE854A0...
Peter T. Shapiro
77 Water Street, Suite 2100
New York, New York 10005
(212) 232-1300
Peter.Shapiro@lewisbrisbois.com

*Incoming Counsel for Defendant*

Dated:  September ___, 2020

SO ORDERED:

_____
                U.S.D.J.

4826-2204-2569.1