```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _9/3/2020_
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
OSCAR BROWN, Individually and on behalf of all others simiarly situated,

                      Plaintiff,

    - against -

WESTERN DIGITAL CORPORATION,

                      Defendant.
-------------------------------------------------------------X

Case No. 20-cv-04624 (AT)

**STIPULATION AND ORDER OF SUBSTITUTION OF COUNSEL FOR DEFENDANT**

IT IS HEREBY STIPULATED AND AGREED, by and between the undersiged counsel, pursuant to Local Rule 1.4, that Lewis Brisbois Bisgaard & Smith LLP shall be substituted in the place and stead of Wilson Sonsini Goodrich & Rosati as counsel of record for defendant Western Digital Corporation in the above-captioned matter.

Defendant enters into this substitution of counsel knowingly and voluntarily.

| WILSON SONSINI GOODRICH & ROSATI | LEWIS BRISBOIS BISGAARD & SMITH LLP |
|---|---|
| By: _/s/ Tonia O. Klausner_ <br> Tonia Ouellette Klausner <br> 1301 Avenue of the Americas, 40th Floor <br> New York, New York 10019 <br> (212) 999-5800 <br> tklausner@wsgr.com | By: _/s/ Peter T. Shapiro_ (DocuSigned) <br> 77 Water Street, Suite 2100 <br> New York, New York 10005 <br> (212) 232-1300 <br> Peter.Shapiro@lewisbrisbois.com |
| *Outgoing Counsel for Defendant* | *Incoming Counsel for Defendant* |

Dated: September 2, 2020

SO ORDERED.

Dated: September 3, 2020
        New York, New York

_____
ANALISA TORRES
United States District Judge