# BURSOR & FISHER
P.A.

888 SEVENTH AVENUE
THIRD FLOOR
NEW YORK, NY 10019
www.bursor.com

YITZCHAK KOPEL
Tel: 646.837.7150
Fax: 212.989.9163
ykopel@bursor.com

September 17, 2020

**By ECF & Email:**

The Honorable Analisa Torres
United States District Court for the Southern District of New York
500 Pearl Street
New York, New York 10007

Re:   ***Brown v. Western Digital Corp.*, Case No. 1:20-cv-04624-AT (S.D.N.Y.)**
      **Statement of Jurisdiction Pursuant to Individual Rule II.B**

Dear Judge Torres:

Pursuant to this Court's Individual Rule II.B, Plaintiff Oscar Brown submits this letter explaining the basis for jurisdiction under 28 U.S.C. § 1332.

Plaintiff has brought the above action as a putative class action under Fed. R. Civ. P. 23. 28 U.S.C. § 1332(d)(2) holds:

> (2)   The district courts shall have original jurisdiction of any civil action in which the matter in controversy exceeds the sum or value of $5,000,000, exclusive of interest and costs, and is a class action in which—
>
> (A)   any member of a class of plaintiffs is a citizen of a State different from any defendant;

Here, Plaintiff Oscar Brown is a citizen of New York, and Defendant Western Digital Corporation is a corporation incorporated under the laws of Delaware with its principle place of business in California. Compl. ¶¶ 29-30. Accordingly, at least one member of the putative class is "a citizen of a State different from" Defendant. 28 U.S.C. § 1332(d)(2)(A).

In addition, the total amount in controversy in this action "exceeds the sum or value of $5,000,000." 28 U.S.C. § 1332(d)(2). Defendant is one of the largest hard drive manufacturers in the United States. Compl. ¶ 16. Upon information and belief, Defendant has sold thousands of the hard drives in question, with each hard drive being priced near $100. Further, Plaintiff has alleged violations of New York General Business Law ("GBL") §§ 349 and 350, which award total statutory damages of $550 per violation. Accordingly, Plaintiff has a good faith basis to believe that damages in this case exceed $5 million.

Thus, this Court has subject matter jurisdiction over this action pursuant to 28 U.S.C. § 1332(d)(2).

Respectfully submitted,

**BURSOR & FISHER, P.A.**

By:   */s/ Yitzchak Kopel*
Yitzchak Kopel
Alec M. Leslie
Max S. Roberts
888 Seventh Avenue, Third Floor
New York, New York 10019
Telephone: (646) 837-7150
Facsimile:  (212) 989-9163
Email:  ykopel@bursor.com
            aleslie@bursor.com
            mroberts@bursor.com

*Attorneys for Plaintiff*

CC:    All counsel of record (via ECF)