```
┌─────────────────────────────────────────┐
│ USDC SDNY                                 │
│ DOCUMENT                                  │
│ ELECTRONICALLY FILED                      │
│ DOC #:                                    │
│ DATE FILED: 9/22/2020___                  │
└─────────────────────────────────────────┘
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

OSCAR BROWN, individually and on behalf of all others
similarly situated,

                    Plaintiff,

          -against-                                        20 Civ. 4624 (AT)

WESTERN DIGITAL CORPORATION,                               **ORDER**

                    Defendant.

ANALISA TORRES, District Judge:

        The Court has reviewed the pre-motion letters filed by Plaintiff and Defendant.  ECF
Nos. 20, 24.  It is ORDERED that:

    1. By **October 2, 2020**, Defendant shall file its motion to transfer venue;
    2. By **October 13, 2020**, Plaintiff shall file its opposition.

        It is further ORDERED that the initial pretrial conference scheduled for September 24,
2020, is ADJOURNED *sine die*.  After resolving Defendant's motion to transfer venue, the
Court will set a briefing schedule for Defendant's motion to dismiss if necessary.

        The Clerk of Court is directed to terminate the motion at ECF No. 20.

        SO ORDERED.

Dated: September 22, 2020
        New York, New York                    _____
                                                      ANALISA TORRES
                                                 United States District Judge