UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
OSCAR BROWN, Individually and on behalf of all
others similarly situated,                                                    Case No. 20-cv-04624 (AT)

                               Plaintiffs,

                                                                              **MOTION FOR ADMISSION**
              - against -                                                     **PRO HAC VICE**

WESTERN DIGITAL CORPORATION,

                               Defendant.
-----------------------------------------------------------X


      Pursuant to Rule 1.3 of the Local Rules of the United States District Courts for the Southern

and Eastern Districts of New York, Eric Y. Kizirian, Esq., hereby moves this Court for an Order for

admission to practice Pro Hac Vice as counsel for Defendant Western Digital Corporation, in the

above-captioned action.  Mr. Kizirian is in good standing with the bar of the State of California and

there are no pending disciplinary proceedings against him in any state or federal court.  His

declaration in support of his application and a true and correct copy of his Certificate of Good

Standing for the State of California is submitted herewith.

Dated: New York, New York
       September 25, 2020


                  LEWIS BRISBOIS BISGAARD & SMITH LLP


            By:    /s/ Peter T. Shapiro
                  Peter T. Shapiro, Esq.
                  77 Water Street, Suite 2100
                  New York, NY 10005
                  212.232.1322
                  Peter.shapiro@lewisbrisbois.com
                  *Attorneys for Defendant*