UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
OSCAR BROWN, Individually and on behalf of all others similarly situated,

                    Plaintiffs,

- against -

WESTERN DIGITAL CORPORATION,

                    Defendant.
------------------------------------------------------------X

Case No. 20-cv-04624 (AT)

**DECLARATION OF ERIC Y. KIZIRIAN IN SUPPORT OF MOTION FOR ADMISSION PRO HAC VICE**

I, Eric Y. Kizirian, Esq., declare as follows subject to the penalties of perjury:

1.    I am a Partner with the firm of Lewis Brisbois Bisgaard & Smith LLP.

2.    I submit this Declaration in Support of my motion for admission to practice *pro hac vice* in the above captioned matter as counsel for Defendant Western Digital Corporation.

3.    As shown in the attached certificate of good standing I am a member in good standing of the bar in every jurisdiction where I am admitted to practice. Attached hereto is my certificate of good standing from the California Supreme Court dated September 10, 2020.

4.    I have never been convicted of a felony.

5.    I have never been censured, suspended, disbarred, or denied admission or readmission by any court.

6.    There are no pending disciplinary proceedings against me in any state or federal court.

7.    I am familiar with the Local Rules of the United States District Court for the Southern District of New York and Judge Torres' Individual Rules.

8.      If the Court grants my *pro hac vice* admission, I agree that I shall be subject to the orders and be amenable to disciplinary action and the civil jurisdiction of the Court in all respects as if I were regularly admitted and a licensed member of the Bar of this Court in good standing.

9.      I certify that the foregoing statements made by me are true, and I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

Wherefore, I respectfully submit that I be permitted to appear as counsel and advocate *pro hac vice* in this case for the Defendant.

Dated: September 25, 2020

Eric Y. Kizirian
633 West 5th Street, Suite 4000
Los Angeles, CA 90071
Tel:  (213) 250.1800
Fax:  (213) 250.7900
Eric.Kizirian@lewisbrisbois.com