

## Supreme Court of California

JORGE E. NAVARRETE
*Clerk and Executive Officer of the Supreme Court*

CERTIFICATE OF THE CLERK OF THE SUPREME COURT

OF THE

STATE OF CALIFORNIA

### ERIC Y. KIZIRIAN

I, JORGE E. NAVARRETE, Clerk/Executive Officer of the Supreme Court of the State of California, do hereby certify that ERIC Y. KIZIRIAN, #210584, was on the 5th day of December 2000, duly admitted to practice as an attorney and counselor at law in all the courts of this state, and is now listed on the Roll of Attorneys as a member of the bar of this state in good standing.

Witness my hand and the seal of the court on the 10th day of September 2020.

JORGE E. NAVARRETE
Clerk/Executive Officer of the Supreme Court

By: _____
S. Voltz, Supervising Deputy Clerk