UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
OSCAR BROWN, Individually and on behalf of all
others similarly situated,                                              Case No. 20-cv-04624 (AT)

                                 Plaintiffs,
                                                                        **ORDER FOR ADMISSION**
                    - against -                                          **PRO HAC VICE**

WESTERN DIGITAL CORPORATION,

                                 Defendant.
-----------------------------------------------------------X

        The motion of Eric Y. Kizirian, Esq., for admission to practice Pro Hac Vice in the above-

captioned action is granted.  Applicant has declared that he is a member of good standing of the bar

of the State of California; and that his contact information is as follows:

            Eric Y. Kizirian, Esq.
            Lewis Brisbois Bisgaard & Smith LLP
            633 West 5th Street, Suite 4000
            Los Angeles, CA 90071
            Tel: (213) 250-1800
            Eric.Kizirian@lewisbrisbois.com

        Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel for

the Defendant in the above entitled action,

        **IT IS HEREBY ORDERED** that Applicant is admitted to practice Pro Hac Vice in the

above-captioned case in the United States Court District Court for the Eastern District of New York.

All attorneys appearing before this Court are subject to the Local Rules of this Court, including the

Rules governing discipline of attorneys.

Dated:


                                        _____
                                              United States District Judge