UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
OSCAR BROWN, Individually and on behalf of all others similarly situated,

                    Plaintiffs,

- against -

WESTERN DIGITAL CORPORATION,

                    Defendant.
------------------------------------------------------------X

Case No. 20-cv-04624 (AT)

**MOTION FOR ADMISSION PRO HAC VICE**

Pursuant to Rule 1.3 of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, Joshua S. Hodas, Esq., hereby moves this Court for an Order for admission to practice Pro Hac Vice as counsel for Defendant Western Digital Corporation, in the above-captioned action. Mr. Hodas is in good standing with the bar of the State of California and there are no pending disciplinary proceedings against him in any state or federal court. His declaration in support of his application and a true and correct copy of his Certificate of Good Standing for the State of California is submitted herewith.

Dated: New York, New York
         September 25, 2020

                                    LEWIS BRISBOIS BISGAARD & SMITH LLP

                                    By:   /s/ Peter T. Shapiro
                                                Peter T. Shapiro, Esq.
                                                77 Water Street, Suite 2100
                                                New York, NY 10005
                                                212.232.1322
                                                Peter.shapiro@lewisbrisbois.com
                                                *Attorneys for Defendant*

4814-9711-8665.1