

# Supreme Court of California

JORGE E. NAVARRETE
*Clerk and Executive Officer of the Supreme Court*

## CERTIFICATE OF THE CLERK OF THE SUPREME COURT

### OF THE

### STATE OF CALIFORNIA

### *JOSHUA SETH HODAS*

*I, JORGE E. NAVARRETE, Clerk/Executive Officer of the Supreme Court of the State of California, do hereby certify that JOSHUA SETH HODAS, #250802, was on the 29th day of October 2007, duly admitted to practice as an attorney and counselor at law in all the courts of this state, and is now listed on the Roll of Attorneys as a member of the bar of this state in good standing.*

*Witness my hand and the seal of the court on the 10th day of September 2020.*

JORGE E. NAVARRETE
*Clerk/Executive Officer of the Supreme Court*

By: _____
S. Voltz, Supervising Deputy Clerk