UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
OSCAR BROWN, Individually and on behalf of all others similarly situated,

                  Plaintiffs,

- against -

WESTERN DIGITAL CORPORATION,

                  Defendant.
------------------------------------------------------------X

Case No. 20-cv-04624 (AT)

**MOTION FOR ADMISSION PRO HAC VICE**

      Pursuant to Rule 1.3 of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, Eric Y. Kizirian, Esq., hereby moves this Court for an Order for admission to practice Pro Hac Vice as counsel for Defendant Western Digital Corporation, in the above-captioned action. I am in good standing with the bar of the State of California and there are no pending disciplinary proceedings against me in any state or federal court. My declaration in support of my application and a true and correct copy of my Certificate of Good Standing for the State of California is submitted herewith.

Dated:      September 29, 2020

                                    LEWIS BRISBOIS BISGAARD & SMITH LLP

                                    By: _____
                                         Eric y. Kizirian, Esq.
                                         633 West 5th Street, Suite 4000
                                         Los Angeles, CA 90071
                                         Tel: (213) 250-1800
                                         Eric.Kizirian@lewisbrisbois.com
                                         *Attorneys for Defendant*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
OSCAR BROWN, Individually and on behalf of all others similarly situated,

                    Plaintiffs,

- against -

WESTERN DIGITAL CORPORATION,

                    Defendant.
------------------------------------------------------------X

Case No. 20-cv-04624 (AT)

**ORDER FOR ADMISSION PRO HAC VICE**

The motion of Eric Y. Kizirian, Esq., for admission to practice Pro Hac Vice in the above-captioned action is granted. Applicant has declared that he is a member of good standing of the bar of the State of California; and that his contact information is as follows:

> Eric Y. Kizirian, Esq.
> Lewis Brisbois Bisgaard & Smith LLP
> 633 West 5th Street, Suite 4000
> Los Angeles, CA 90071
> Tel: (213) 250-1800
> Eric.Kizirian@lewisbrisbois.com

Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel for the Defendant in the above entitled action,

**IT IS HEREBY ORDERED** that Applicant is admitted to practice Pro Hac Vice in the above-captioned case in the United States Court District Court for the Eastern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated:

                                                _____
                                                United States District Judge