UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
OSCAR BROWN, Individually and on behalf of all others similarly situated,

                Plaintiffs,

- against -

WESTERN DIGITAL CORPORATION,

                Defendant.
------------------------------------------------------------X

Case No. 20-cv-04624 (AT)

**ORDER FOR ADMISSION PRO HAC VICE**

The motion of Eric Y. Kizirian, Esq., for admission to practice Pro Hac Vice in the above-captioned action is granted. Applicant has declared that he is a member of good standing of the bar of the State of California; and that his contact information is as follows:

> Eric Y. Kizirian, Esq.
> Lewis Brisbois Bisgaard & Smith LLP
> 633 West 5th Street, Suite 4000
> Los Angeles, CA 90071
> Tel: (213) 250-1800
> Eric.Kizirian@lewisbrisbois.com

Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel for the Defendant in the above entitled action,

**IT IS HEREBY ORDERED** that Applicant is admitted to practice Pro Hac Vice in the above-captioned case in the United States Court District Court for the Eastern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated:

                                                                                           _____
                                                                        United States District Judge