UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
OSCAR BROWN, Individually and on behalf of all
others similarly situated,                                    Case No. 20-cv-04624 (AT)

                    Plaintiffs,

       - against -                                        **MOTION FOR ADMISSION
PRO HAC VICE**

WESTERN DIGITAL CORPORATION,

                Defendant.
------------------------------------------------------------X

      Pursuant to Rule 1.3 of the Local Rules of the United States District Courts for the Southern

and Eastern Districts of New York, Joshua S. Hodas, Esq., hereby moves this Court for an Order for

admission to practice Pro Hac Vice as counsel for Defendant Western Digital Corporation, in the

above-captioned action.  I am in good standing with the bar of the State of California and there are

no pending disciplinary proceedings against me in any state or federal court.  My declaration in

support of my application and a true and correct copy of my Certificate of Good Standing for the

State of California is submitted herewith.

Dated:       September 29, 2020

                    LEWIS BRISBOIS BISGAARD & SMITH LLP

                    By: _____
                        Joshua S. Hodas, Esq.
                        633 West 5th Street, Suite 4000
                        Los Angeles, CA 90071
                        Tel: (213) 250-1800
                        Eric.Kizirian@lewisbrisbois.com
                        *Attorneys for Defendant*