UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| OSCAR BROWN, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>-against-<br><br>WESTERN DIGITAL CORPORATION,<br><br>Defendant. | Case No. 1:20-cv-04624 (AT) |

**DEFENDANT WESTERN DIGITAL CORPORATION'S
NOTICE OF MOTION TO TRANSFER**

**PLEASE TAKE NOTICE** that, upon the Complaint, the declaration of Joshua S. Hodas, and the accompanying Memorandum of Law, the undersigned will move this Court, at the United States Courthouse, 500 Pearl Street, New York, NY 10007, before the Honorable Analisa Torres, on a date to be determined by the Court, for an Order transferring this action to the United States Court for the Northern District of California pursuant to 28 U.S.C. § 1404(a) and for such other and further relief as is just and proper.

Dated: Los Angeles, California
     October 2, 2020          LEWIS BRISBOIS BISGAARD & SMITH LLP

                                By:   /s/ Joshua S. Hodas
                                      Joshua S. Hodas (admitted *pro hac vice*)
                                      Eric Kizirian, Esq. (admitted *pro hac vice*)
                                      Peter T. Shapiro, Esq.
                                      *Attorneys for Defendant Western Digital Corporation*
                                      josh.hodas@lewisbrisbois.com
                                      eric.kizirian@lewisbrisbois.com
                                      peter.shapiro@lewisbrisbois.com

TO:    **BURSOR & FISHER, P.A.**
        Yitzchak Kopel
        Alec M. Leslie
        Max S. Roberts
        *Attorneys for Plaintiff*
        888 Seventh Avenue, Third Floor
        New York, NY 10019
        Telephone: (646) 837-7150
        Facsimile: (212) 989-9163
        E-Mail: ykopel@bursor.com
                 aleslie@bursor.com
                 mroberts@bursor.com

## **CERTIFICATE OF SERVICE**

Joshua S. Hodas, an attorney duly admitted to practice before this Court, certifies that on October 2, 2020, he caused the within Notice of Motion to be filed and served by ECF.

                                                /s/ Joshua S. Hodas
                                                    Joshua S. Hodas