# Exhibit D

**United States District Courts — National Judicial Caseload Profile**

| | | | 12-Month Periods Ending | | | | | |
|---|---|---|---|---|---|---|---|---|
| | | | Jun 30 2015 | Jun 30 2016 | Jun 30 2017 | Jun 30 2018 | Jun 30 2019 | Jun 30 2020 |
| **Overall Caseload Statistics** | | Filings [1] | 374,791 | 388,042 | 367,157 | 387,190 | 405,236 | 519,341 |
| | | Terminations | 369,842 | 352,704 | 393,885 | 345,155 | 429,308 | 380,391 |
| | | Pending | 423,680 | 456,879 | 428,864 | 488,658 | 461,481 | 599,049 |
| | | Percent Change in Total Filings Current Year Over Earlier Year | 38.6 | 33.8 | 41.4 | 34.1 | 28.2 | |
| | | Number of Judgeships | 677 | 677 | 677 | 677 | 677 | 677 |
| | | Vacant Judgeship Months [2] | 508.0 | 701.5 | 1,115.1 | 1,523.6 | 1,558.7 | 1,012.6 |
| **Actions per Judgeship** | **Filings** | Total | 554 | 573 | 542 | 572 | 599 | 767 |
| | | Civil | 414 | 429 | 401 | 415 | 434 | 622 |
| | | Criminal Felony | 104 | 107 | 101 | 116 | 125 | 110 |
| | | Supervised Release Hearings | 36 | 37 | 40 | 41 | 40 | 35 |
| | Pending Cases [2] | | 626 | 675 | 633 | 722 | 682 | 885 |
| | Weighted Filings [2] | | 482 | 492 | 475 | 507 | 528 | 632 |
| | Terminations | | 546 | 521 | 582 | 510 | 634 | 562 |
| | Trials Completed | | 17 | 17 | 17 | 16 | 17 | 13 |
| **Median Times (Months)** | From Filing to Disposition | Criminal Felony | 7.5 | 7.4 | 7.7 | 7.2 | 7.0 | 6.4 |
| | | Civil [2] | 8.8 | 8.5 | 10.4 | 7.8 | 12.2 | 8.9 |
| | From Filing to Trial [2] (Civil Only) | | 26.5 | 27.1 | 26.6 | 26.9 | 27.2 | 28.4 |
| **Other** | Number (and %) of Civil Cases Over 3 Years Old [2] | | 30,432 8.9 | 53,003 14.3 | 59,375 17.2 | 90,864 22.9 | 58,659 16.1 | 54,664 10.9 |
| | Average Number of Felony Defendants Filed per Case | | 1.3 | 1.3 | 1.3 | 1.3 | 1.2 | 1.2 |
| | Jurors | Avg. Present for Jury Selection | 48.2 | 48.4 | 49.4 | 52.0 | 52.3 | 51.5 |
| | | Percent Not Selected or Challenged | 36.3 | 38.1 | 37.5 | 37.3 | 38.1 | 39.6 |

| **2020 Civil Case and Criminal Felony Defendant Filings by Nature of Suit and Offense** | | | |
|---|---|---|---|
| Total Civil | 421,082 | Total Criminal[1] | 74,339 |
| A-Social Security | 18,259 | A-Marijuana | 1,261 |
| B-Personal Injury/Product Liability | 188,878 | B-All Other Drugs | 19,447 |
| C-Prisoner Petitions | 56,823 | C-Immigration | 28,716 |
| D-Forfeitures and Penalties | 1,024 | D-Firearms and Explosives | 10,456 |
| E-Real Property | 5,689 | E-Fraud | 5,601 |
| F-Labor Suits | 15,479 | F-Violent Offenses | 2,177 |
| G-Contracts | 26,012 | G-Sex Offenses | 2,879 |
| H-Torts (other than Personal Injury/Product Liability) | 24,514 | H-Forgery and Counterfeiting | 171 |
| I-Copyright, Patent, and Trademark | 10,178 | I-Larceny and Theft | 779 |
| J-Civil Rights | 42,053 | J-Justice System Offenses | 654 |
| K-Antitrust | 680 | K-Regulatory Offenses | 718 |
| L-All Other Civil | 31,493 | L-All Other Criminal | 1,480 |

NOTE: Criminal data in this profile count defendants rather than cases and therefore will not match previously published numbers.

[1] Filings in the "Overall Caseload Statistics" section include criminal transfers, whereas filings "by nature of offense" do not.

[2] See "Explanation of Selected Terms."

## U.S. District Court — Judicial Caseload Profile

**NEW YORK SOUTHERN**

| | | | 12-Month Periods Ending | | | | | | Numerical Standing Within | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | Jun 30 2015 | Jun 30 2016 | Jun 30 2017 | Jun 30 2018 | Jun 30 2019 | Jun 30 2020 | U.S. | Circuit |
| **Overall Caseload Statistics** | Filings [1] | | 13,013 | 13,074 | 12,526 | 13,727 | 15,085 | 13,152 | | |
| | Terminations | | 13,703 | 12,731 | 13,252 | 12,578 | 14,485 | 13,463 | | |
| | Pending | | 18,069 | 18,341 | 17,030 | 18,152 | 18,709 | 18,354 | | |
| | Percent Change in Total Filings Current Year Over Earlier Year | | 1.1 | 0.6 | 5.0 | -4.2 | -12.8 | | 75 | 3 |
| | Number of Judgeships | | 28 | 28 | 28 | 28 | 28 | 28 | | |
| | Vacant Judgeship Months [2] | | 0.0 | 11.0 | 16.0 | 38.8 | 66.2 | 54.6 | | |
| **Actions per Judgeship** | Filings | Total | 465 | 467 | 447 | 490 | 539 | 470 | 46 | 3 |
| | | Civil | 401 | 382 | 364 | 414 | 462 | 404 | 25 | 3 |
| | | Criminal Felony | 43 | 58 | 52 | 49 | 47 | 43 | 80 | 4 |
| | | Supervised Release Hearings | 21 | 27 | 31 | 28 | 29 | 23 | 58 | 5 |
| | Pending Cases [2] | | 645 | 655 | 608 | 648 | 668 | 656 | 20 | 3 |
| | Weighted Filings [2] | | 442 | 471 | 457 | 512 | 587 | 535 | 22 | 2 |
| | Terminations | | 489 | 455 | 473 | 449 | 517 | 481 | 41 | 3 |
| | Trials Completed | | 14 | 14 | 15 | 14 | 16 | 10 | 62 | 3 |
| **Median Time (Months)** | From Filing to Disposition | Criminal Felony | 16.3 | 14.5 | 13.1 | 14.3 | 14.1 | 15.2 | 88 | 5 |
| | | Civil [2] | 8.9 | 7.9 | 8.4 | 6.4 | 6.5 | 6.4 | 14 | 1 |
| | From Filing to Trial [2] (Civil Only) | | 30.0 | 25.1 | 31.4 | 31.4 | 30.4 | 31.3 | 29 | 1 |
| **Other** | Number (and %) of Civil Cases Over 3 Years Old [2] | | 2,716 20.0 | 2,397 17.6 | 2,265 18.8 | 2,493 18.8 | 2,927 20.9 | 2,790 20.6 | 86 | 6 |
| | Average Number of Felony Defendants Filed per Case | | 1.7 | 2.0 | 2.2 | 2.0 | 1.7 | 1.9 | | |
| | Jurors | Avg. Present for Jury Selection | 75.8 | 73.1 | 68.7 | 75.7 | 74.8 | 104.6 | | |
| | | Percent Not Selected or Challenged | 55.1 | 55.7 | 48.6 | 51.6 | 52.8 | 66.7 | | |

### 2020 Civil Case and Criminal Felony Defendant Filings by Nature of Suit and Offense

| Type of | Total | A | B | C | D | E | F | G | H | I | J | K | L |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Civil | 11,305 | 453 | 313 | 1,006 | 23 | 88 | 1,050 | 1,262 | 917 | 1,046 | 3,401 | 33 | 1,713 |
| Criminal [1] | 1,211 | 3 | 487 | 44 | 166 | 337 | 61 | 23 | 3 | 5 | 19 | 12 | 51 |

NOTE: Criminal data in this profile count defendants rather than cases and therefore will not match previously published numbers.

[1] Filings in the "Overall Caseload Statistics" section include criminal transfers, while filings by "Nature of Offense" do not.

[2] See "Explanation of Selected Terms."

## U.S. District Court — Judicial Caseload Profile

**CALIFORNIA NORTHERN**

| | | | 12-Month Periods Ending | | | | | | Numerical Standing Within | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | Jun 30 2015 | Jun 30 2016 | Jun 30 2017 | Jun 30 2018 | Jun 30 2019 | Jun 30 2020 | U.S. | Circuit |
| **Overall Caseload Statistics** | | Filings ¹ | 6,884 | 7,981 | 8,532 | 8,659 | 8,924 | 10,008 | | |
| | | Terminations | 7,085 | 6,650 | 7,178 | 7,795 | 8,231 | 8,307 | | |
| | | Pending | 6,424 | 7,689 | 9,020 | 9,850 | 10,503 | 12,173 | | |
| | | Percent Change in Total Filings Current Year Over Earlier Year | 45.4 | 25.4 | 17.3 | 15.6 | 12.1 | | 7 | 2 |
| | | Number of Judgeships | 14 | 14 | 14 | 14 | 14 | 14 | | |
| | | Vacant Judgeship Months ² | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | | |
| **Actions per Judgeship** | **Filings** | Total | 492 | 570 | 609 | 619 | 637 | 715 | 12 | 3 |
| | | Civil | 406 | 495 | 533 | 536 | 546 | 632 | 7 | 2 |
| | | Criminal Felony | 49 | 38 | 39 | 37 | 45 | 44 | 77 | 11 |
| | | Supervised Release Hearings | 38 | 37 | 38 | 45 | 46 | 38 | 35 | 8 |
| | Pending Cases ² | | 459 | 549 | 644 | 704 | 750 | 870 | 11 | 2 |
| | Weighted Filings ² | | 486 | 504 | 538 | 594 | 607 | 598 | 18 | 4 |
| | Terminations | | 506 | 475 | 513 | 557 | 588 | 593 | 20 | 5 |
| | Trials Completed | | 12 | 11 | 10 | 9 | 10 | 6 | 85 | 14 |
| **Median Time (Months)** | From Filing to Disposition | Criminal Felony | 13.7 | 13.2 | 17.3 | 19.0 | 14.7 | 11.2 | 59 | 8 |
| | | Civil ² | 7.8 | 7.4 | 7.4 | 7.0 | 8.5 | 10.1 | 59 | 8 |
| | From Filing to Trial ² (Civil Only) | | 31.6 | 24.6 | 26.1 | 29.7 | 25.3 | 29.3 | 22 | 3 |
| **Other** | Number (and %) of Civil Cases Over 3 Years Old ² | | 477 9.1 | 496 7.6 | 501 6.4 | 550 6.3 | 1,341 14.4 | 1,440 13.1 | 66 | 8 |
| | Average Number of Felony Defendants Filed per Case | | 1.5 | 1.4 | 1.4 | 1.3 | 1.3 | 1.3 | | |
| | Jurors | Avg. Present for Jury Selection | 60.8 | 72.9 | 57.6 | 67.2 | 74.7 | 89.8 | | |
| | | Percent Not Selected or Challenged | 42.9 | 49.1 | 38.9 | 26.7 | 53.4 | 59.9 | | |

### 2020 Civil Case and Criminal Felony Defendant Filings by Nature of Suit and Offense

| Type of | Total | A | B | C | D | E | F | G | H | I | J | K | L |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Civil | 8,850 | 228 | 3,110 | 1,059 | 11 | 101 | 426 | 655 | 374 | 470 | 1,363 | 104 | 949 |
| Criminal ¹ | 619 | 26 | 294 | 18 | 116 | 67 | 16 | 27 | 3 | 10 | 6 | 10 | 26 |

NOTE: Criminal data in this profile count defendants rather than cases and therefore will not match previously published numbers.

¹ Filings in the "Overall Caseload Statistics" section include criminal transfers, while filings by "Nature of Offense" do not.

² See "Explanation of Selected Terms."