# BURSOR & FISHER
### P.A.

**888 SEVENTH AVENUE**
**THIRD FLOOR**
**NEW YORK, NY 10019**
**www.bursor.com**

**YITZCHAK KOPEL**
Tel: **646.837.7127**
Fax: **212.989.9163**
ykopel@bursor.com

October 7, 2020

<u>*Via ECF & Email*</u>

The Honorable Analisa Torres
United States District Court for the Southern District of New York
500 Pearl Street
New York, New York 10007

*Re:*   *Brown v. Western Digital Corp.*, **Case No. 1:20-cv-04624-AT (S.D.N.Y.)**

Dear Judge Torres:

      I represent Plaintiff Oscar Brown in the above-captioned matter. I write pursuant to Rule I.C of Your Honor's Individual Practices to request an extension with respect to the Court's September 22, 2020 Order (ECF No. 25) wherein Defendant was to file its Motion to Transfer by October 2, 2020, and Plaintiff was to file his opposition by October 13, 2020. Defendant filed its motion on October 2, 2020. I request a two-week extension of Plaintiff's deadline to file his opposition from October 13, 2020 to October 27, 2020 due to scheduling conflicts. This is the first such request for an extension. Counsel for Defendant consents to this request. In addition, Defendant wishes to submit reply papers on the motion, and requests that due date for the reply be set for November 10, 2020.

                                  Respectfully submitted,

                                  Yitzchak Kopel

CC:   All counsel of record (via ECF and Email)